IN THE UNITED STATES DISTRICT COURT
<u>FOR THE WESTERN DISTRICT OF NEW YORK</u>

QING LIN, A72-503-721,

        Petitioner,

       v.                                           04-CV-948S(F)

JOHN ASHCROFT, United States Attorney
General, TOM RIDGE, Director of the
Department of Homeland Security,
WILLIAM CLEARY, Acting Detention and
Removal Field Office Director, DHS,
ICE,

        Respondent.

---

### **ORDER**

    Respondents have notified the Court that petitioner has been released from detention in the custody of the United States Department of Homeland Security, Bureau of Immigration and Customs Enforcement, upon an Order of Supervision (Affidavit of Gail Y. Mitchell, sworn to and filed on September 28, 2005, Exhibit A to Notice of Motion To Dismiss Petition on Grounds of Mootness, Docket No. 15), thereby effecting the relief requested in the petition brought pursuant to 28 U.S.C. § 2241 (Docket No. 1). Accordingly, this action is hereby dismissed as moot, without prejudice.

    **DATED:**    Buffalo, New York, September 29, 2005.

**SO ORDERED:**

                                                             /s/William M. Skretny
                                                    HONORABLE WILLIAM M. SKRETNY
                                                    United States District Judge